IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK OPUNUI, JR.,<br><br>Defendant. | Case No. 20-cr-00122-DKW-1<br><br>**ORDER REGARDING TIME FOR FILING NOTICE OF APPEAL** |

On September 22, 2022, the Ninth Circuit Court of Appeals, through its Appellate Commissioner, entered an order remanding an appeal to this Court for a limited purpose. Dkt. No. 81. Specifically, noting that Defendant-Appellant Patrick Opunui, Jr. had filed an "untimely" appeal, the Ninth Circuit directed this Court to "provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by [Federal Rule of Appellate Procedure] 4(b), upon a finding of excusable neglect or good cause." *Id*. at 1.

Accordingly, on September 23, 2022, the Court provided notice to Opunui of his ability, should he elect to do so, to move for an extension of time to file his notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4). Dkt. No. 82.

The Court gave Opunui until October 14, 2022, approximately three weeks, to so move. *See id.*

As of the date of this Order, a week after the October 14, 2022 deadline, the Court has received no filing, responsive to the September 23, 2022 Entering Order or otherwise, from Opunui. Further, the record reflects that the aforementioned Entering Order was mailed to Opunui on September 23, 2022 to his address of record.

In this light, with no basis, evidentiary or otherwise, to find excusable neglect or good cause for the untimely filing of Opunui's notice of appeal, and his failure to supplement the record in that regard, the Court declines to extend the time to file the notice of appeal pursuant to Rule 4(b)(4).

The Clerk is instructed to mail a copy of this Order to the Ninth Circuit Court of Appeals and to Opunui at his address of record.

IT IS SO ORDERED.

DATED: October 21, 2022 at Honolulu, Hawai'i.

Derrick K. Watson
United States District Judge